Pennsylvanians for Union Reform v. Pennsylvania Office of Admin. .... 06/08/201653 MAL (2016) Denied Pa.Cmwlth., 129 A.3d 1246

Price v. W.C.A.B. (School Dist. of Philadelphia) ..... 07/07/201653 EAL (2016) Denied

PJD Entertainment, Inc. v. Department of Health, Bureau of Health Promotion and Risk Reduction ........ 07/06/2016153 MAL (2016) Denied Pa.Cmwlth., 136 A.3d 1042

Schwartz v. Philadelphia Zoning Bd. of Adjustment .... 06/07/2016675 EAL (2015) Denied Pa.Cmwlth., 126 A.3d 1032

Snook v. Mifflin County Retirement Bd. .............. 07/12/2016140 MAL (2016) Denied Pa.Cmwlth., 127 A.3d 894

Snyder v. Brecknock Twp.; Brecknock, in re ............. 06/16/201647 MAL (2016) Denied Pa.Cmwlth., 125 A.3d 880

Summit Academy v. Department of Human Services ..... 06/08/20162 WAL (2016) Denied

Township of Sewickley v. Hampshire; Hamspshire, In re 07/12/201682 WAL (2016) Denied Pa.Cmwlth., 130 A.3d 163

TWL Realty, LLC v. West Hanover Twp. Zoning Hearing Bd. .......... 06/08/201687 MAL (2016) Denied Pa.Cmwlth., 132 A.3d 533

Veronesi Bldg. and Remodeling, Inc. v. W.C.A.B. (Corvin) ............. 07/07/201679 WAL (2016) Denied No. 2002 CD 2014